**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BRADLY GIBSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 21-00103-JB-N** |
| | ) |
| **OUTOKUMPU STAINLESS STEEL USA, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**JUDGMENT**

On May 26, 2023, the Jury in this case provided a Verdict in favor of Plaintiff Bradly Gibson on his *quantum meruit* claim for a compensatory damage award of THREE THOUSDAND FIVE HUNDRED FORTY FIVE AND 17/100 DOLLARS ($3,545.17). As to all other claims, the Jury in this case provided a verdict in favor of Defendant, Outokumpu Stainless Steel USA, LLC. Therefore, Judgment be and hereby is entered in favor of Plaintiff Bradly Gibson and against Defendant Outokumpu Stainless USA, LLC in the amount of THREE THOUSDAND FIVE HUNDRED FORTY FIVE AND 17/100 DOLLARS ($3,545.17). Payment of this respective amount may be made to the respective Plaintiff and his Counsel, and Counsel is directed to then file a "Satisfaction of Judgment" with the Court in this action.

**DONE and ORDERED** this 14th day of February, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE